IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENT WINTERS, et al.,

      Plaintiffs,                      No. CIV S-09-0522 JAM EFB PS

     vs.

DELORES JORDAN, et al.,           ORDER

      Defendants.

_____/

     Plaintiffs Brent Winters and Susan Winters proceed in this fee-paid action, with several other plaintiffs, *in pro se*. The case is referred to the undersigned pursuant to E. D. Cal. L. R. 72-302(c)(21), and 28 U.S.C. § 636(b)(1). On July 17, 2009, plaintiffs filed an interlocutory appeal of this court's order filed June 24, 2009, denying plaintiffs' motion for emergency injunctive relief. *See* Dckt. Nos. 31, 24. Presently pending are the applications of Brent Winters and Susan Winters to proceed *in forma pauperis* on appeal, pursuant to 28 U.S.C. § 1915.

     Rule 24(a), of the Federal Rules of Appellate Procedure, provides in pertinent part:

> [A] party to a district-court action who desires to appeal *in forma pauperis* must file a motion in the district court. The party must attach an affidavit that:
>
>     (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

        (B) claims an entitlement to redress; and

        (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1)

    Each of these factors are met.  While plaintiffs' "Notice of Appeal for Injunctive Relief," Dckt. No. 31, lacks any substance other than that inferred by the title, the undersigned's findings and recommendations, Dckt. No. 9, and the district judge's order adopting the findings and recommendations, Dckt. No. 22, identify the matters plaintiffs intend to pursue on appeal and their claimed entitlement to redress.  Moreover, the appeal has now been processed by the Clerk of Court.  Dckt. No. 54.  In addition, each plaintiff has filed a separate affidavit – Susan Winters on July 24, 2009, and Brent Winters on August 4, 2009 – demonstrating that neither she nor he (wife and husband), are able to prepay fees and costs or give security thereof.  28 U.S.C. § 1915(a).

    Accordingly, the requests of Brent and Susan Winters to proceed *in forma pauperis* on appeal, Dckt. Nos. 41 and 47, are GRANTED.  The Clerk is directed to serve a copy of this order on the U.S. Court of Appeals for the Ninth Circuit.

    SO ORDERED.

DATED:  August 19, 2009.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE

2