1
2
3
4
5
6
7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10  BRENT WINTERS, et al.,

11         Plaintiffs,                    No. CIV S-09-0522 JAM EFB PS

12     vs.

13  DELORES JORDAN, et al.,               ORDER

14         Defendants.
                                     /
15

16      This case, in which plaintiffs are proceeding *pro se*, is before the undersigned pursuant to

17  Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). Currently

18  scheduled for hearing on January 20, 2010 are defendant Ford's motion to strike and/or dismiss

19  plaintiffs' third amended complaint, Dckt. No. 69; defendant Logsdon's motion to strike and/or

20  dismiss plaintiffs' third amended complaint, Dckt. No. 72; defendants Burrow Security Forces

21  and Ryan Arbuckle's motion to dismiss plaintiffs' third amended complaint and/or for a more

22  definite statement, Dckt. No. 79; defendant Virginia Armstrong's motion to dismiss plaintiffs'

23  third amended complaint and/or for a more definite statement, Dckt. No. 84; and defendant

24  Michael Armstrong's motion to dismiss plaintiffs' third amended complaint and/or for a more

25  definite statement, Dckt. No. 85.

26  ////

1

On January 13, 2010, plaintiffs filed a motion to appear at the January 20, 2010 hearing telephonically, or for the court "to rely on their filings without appearance and argument." Dckt. No. 101. In light of plaintiffs' request, and because the undersigned finds that oral argument would not be of material assistance to the court, the January 20, 2010 hearing will be vacated and the matters submitted on the record and briefs. *See* E.D. Cal. L.R. 230(g).

Additionally, on January 13, 2010, plaintiffs filed a motion to remove attorney David Silber for a conflict of interest, and a motion to strike the filings submitted by Mr. Silber, including defendant Virginia Armstrong and defendant Michael Armstrong's motions to dismiss, Dckt. Nos. 84 and 85. Dckt. No. 100. Plaintiffs' motion does not comply with Local Rule 230(b) or 230(e). Therefore, the motion will be denied without prejudice. If plaintiffs wish to re-file the motion, they shall comply with Local Rule 230(b).

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion to vacate the January 20, 2010 hearing, Dckt. No. 101, is granted;

2. The January 20, 2010 hearings on the pending motions to strike, dismiss, and/or for more definite statement are vacated; and

3. Plaintiffs' motion to remove attorney David Silber, Dckt. No. 100, is denied without prejudice for failure to comply with Local Rule 230.

SO ORDERED.

Dated: January 15, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE