BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ALLEN WINTERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DELORES JORDAN, et al.,<br><br>Defendants. | CASE NO. 2:09-cv-00522 JAM KJN PS<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT TAYLOR'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO RESPOND TO [THIRD] AMENDED COMPLAINT |

The Court, having considered the *ex parte* Motion for Extension of Time filed pursuant to Local Rule 144(c) by Defendant John Taylor herein [Docket No. 184], including the attached declaration of Assistant United States Attorney J. Earlene Gordon, hereby **GRANTS** Defendant's motion. The time for Defendant Taylor to file his responsive pleading to the [Third] Amended Complaint [Docket No. 66] is hereby extended to and until November 15, 2010.

**IT IS SO ORDERED.**

DATED: October 15, 2010             /s/ *Kendall J. Newman*
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

1