JASON J. SOMMER (State Bar No. 178316)
HANSEN, KOHLS, JONES, SOMMER & JACOB, LLP
3001 LAVA RIDGE COURT, SUITE 120
ROSEVILLE, CALIFORNIA 95661
TELEPHONE: (916) 781-2550
FACSIMILE: (916) 781-5339

Attorneys for Defendant
JUDY FORD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT WINTERS, et al., | Case No. 2:09-CV-00522-JAM-KJN |
| Plaintiffs, | **JUDGMENT** |
| vs. | Judge: Hon. John A. Mendez |
| DELORES JORDAN, et al., | Magistrate Judge: Hon. Kendall J. Newman |
| Defendants. | Third Amended Complaint Filed: September 21, 2009 |

By reason of the Order of September 14, 2010 dismissing with prejudice all claims alleged against JUDY FORD (DTK No. 176.), JUDY FORD is entitled to Judgment in her favor on the Third Amended Complaint filed by plaintiffs in this action.

There being no just reason for delay, IT IS ADJUDGED, ORDERED AND DECREED that judgment be and hereby is entered in favor of JUDY FORD against each and all plaintiffs.

DATED:   October 20, 2010

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
US DISTRICT COURT-EASTERN DISTRICT OF CA

[PROPOSED] JUDGMENT