Kevin R. Mintz, Esq. (Bar No. 172299)
Geoffrey A. Beaty, Esq. (Bar No. 84997)
RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
A Professional Corporation
1970 Broadway, Suite 1150
Oakland, CA 94612
Tel: (510) 465-3922 – Fax: (510) 452-3006

**[E-FILING MANDATORY]**

Attorneys for Defendants,
BURROWS SECURITY FORCE and
RYAN ARBUCKLE (erroneously sued as "RYAN BURROWS")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT WINTERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DELORES JORDAN, et al., <br><br> Defendants. | Case Number: 2:09-cv-00522-JAM-KJN (PS) <br> *Judge:* Hon. John A. Mendez <br><br> **JUDGMENT FOR DEFENDANTS' BURROWS SECURITY <u>FORCES AND RYAN ARBUCKLE</u>** <br> [F.R.C.P. 58(d); F.R.C.P. 54(b)] <br><br> Judge: Hon. Kendall J. Newman <br> Third Amended Complaint Filed: September 21, 2009 |

By reason of the Order of September 14, 2010, dismissing with prejudice all claims alleged against Burrows Security Force and Ryan Arbuckle, these defendants are entitled to Judgment in their favor, on the Third Amended Complaint filed by plaintiffs.

There being no just reason for delay, IT IS ADJUDGED, ORDERED AND DECREED that judgment be and hereby is entered in favor of Burrows Security Force and Ryan Arbuckle against each and all plaintiffs.

Dated: 10-26-2010

Honorable John A. Mendez
U.S. District Court-Eastern District of California

**Defendants' Burrows and Arbuckle's [Proposed] Judgment**

Case No. 2:09-CV-00522-JAM-KJN

FILED
OCT 26 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK