```
 1  Kevin R. Mintz, Esq. (Bar No. 172299)
    Geoffrey A. Beaty, Esq. (Bar No. 84997)
 2  RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
 3  A Professional Corporation
    1970 Broadway, Suite 1150
 4  Oakland, CA  94612
    Tel: (510) 465-3922 – Fax: (510) 452-3006
 5
 6  Attorneys for Defendants,
    BURROWS SECURITY FORCE and
 7  RYAN ARBUCKLE (erroneously sued as "RYAN BURROWS")
```

**FILED**

NOV - 5 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

**[E-FILING MANDATORY]**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT WINTERS, et al., | Case Number: 2:09-cv-00522-JAM-KJN |
| Plaintiffs, | Judge: Hon. John A. Mendez |
| vs. | **[PROPOSED] JUDGMENT FOR DEFENDANTS' BURROWS SECURITY FORCES AND RYAN ARBUCKLE** |
| DELORES JORDAN, et al., | [F.R.C.P. 58(d); F.R.C.P. 54(b)] |
| Defendants. | Judge: Hon. Kendall J. Newman |
| | Third Amended Complaint Filed: September 21, 2009 |

By reason of the Order of September 14, 2010, dismissing with prejudice all claims alleged against Burrows Security Force and Ryan Arbuckle, these defendants are entitled to Judgment in their favor, on the Third Amended Complaint filed by plaintiffs.

There being no just reason for delay, IT IS ADJUDGED, ORDERED AND DECREED that judgment be and hereby is entered in favor of Burrows Security Force and Ryan Arbuckle against each and all plaintiffs.

Dated: 11-5-2010

_____
Honorable John A. Mendez
U.S. District Court-Eastern District
of California

Defendants' Burrows and Arbuckle's
[Proposed] Judgment

Case No. 2:09-CV-00522-JAM-KJN