IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENT ALLEN WINTERS, et al.,

       Plaintiffs,                               No.  CIV-S-09-00522-JAM-KJN-PS

    vs.

DELORES JORDAN, et al.,

       Defendants.                         ORDER

_____/

      On December 16, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.  Although mail addressed to minor plaintiffs Joy Winters, Clark Winters and Jill Winters were returned, no objections were filed by any other plaintiffs on behalf of those minors.

      Accordingly, the court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed December 16, 2010, are ADOPTED;

2. Minor plaintiffs Joy Winters, Clark Winters, and Jill Winters are dismissed from this case without prejudice.

DATED: January 31, 2011

/s/ John A. Mendez

UNITED STATES DISTRICT JUDGE