UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BEFORE THE HONORABLE KENDALL J. NEWMAN

BRENT WINTERS, ET AL,                        No. 2:09-cv-00522 JAM KJN PS

    Plaintiff,

  v.                                          **<u>MINUTE ORDER</u>**

DELORES JORDAN, ET AL,

    Defendant.
_____/

    Plaintiffs' notice of rescheduling the February 17, 2011 hearing on their motion for default judgment is disregarded because: (1) the motion is fully briefed, (2) plaintiffs have provided no basis for rescheduling the hearing, and (3) several other motions in this case are on for hearing on February 17, 2011, and plaintiffs have requested that those matters be submitted on the briefs. Plaintiffs' motion for default judgment will be heard on February 17, 2011, unless the court submits that motion on the briefs in advance of the hearing.

Dated: February 11, 2011              /s/ Matt Caspar
                                          Matt Caspar,
                                          Courtroom Deputy for the
                                          Honorable Kendall J. Newman