LEWIS & BACON
A Professional Corporation
STEVEN A. LEWIS, SBN 063488
KENNETH E. BACON, SBN 104194
1050 Fulton Avenue, Suite 125
Sacramento, CA  95825
Telephone: (916) 485-5005
Facsimile: (916) 485-5119

Attorneys for Defendant
VALERIE LOGSDON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT WINTERS, SUSAN WINTERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DELORES JORDAN, et al., <br><br> Defendants. | No.  09-CV-00522-JAM-KJN PS <br><br> ORDER GRANTING TELEPHONIC APPEARANCE <br><br> Date:    February 17, 2011 <br> Time:    10:00 a.m. <br> Dept.:   25 <br> Judge:   Hon. Kendall J. Newman <br> Third Amended Complaint filed 9-21-09 |

   The Request for Telephonic Appearance submitted by Kenneth E. Bacon, counsel for Defendant Valerie Logsdon, is hereby GRANTED.  Counsel for Defendant Logsdon may appear by telephone for the hearing of Defendant Logsdon's Motion For Attorney's Fees and Costs Pursuant to Code of Civil Procedure §425.16(C), scheduled for February 17, 2011, at 10:00 a.m. in Department 25.   Counsel for Defendant Logsdon shall be available at said time and date at the following phone number (916) 798-2341.

DATED:  February 14, 2011

KJN:nkd

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE