IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENT ALLAN WINTERS, et al.

    Plaintiffs,                No. 2:09-cv-00522 JAM KJN PS

    v.

DELORES JORDAN, et al.,

    Defendants.           <u>ORDER SETTING SCHEDULING CONFERENCE</u>

/

        By this order, the undersigned sets a status (pretrial scheduling) conference in this action.[1] The parties are directed to file status reports, or a joint status report if possible, at least 14 days in advance of the status (pretrial scheduling) conference.

        With the hope of adding some clarity to these proceedings, the undersigned recounts below which of the plaintiffs'[2] claims remain pending against each remaining, appearing defendant. The chart below assumes that the district judge fully adopts any pending findings and

---

[1] This action proceeds before this court pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

[2] As a result of orders entered in this action, the only plaintiffs that remain in this action are: Brent Allan Winters, Jennifer Winters, Cacey Winters, Susan Winters, and Christy Winters. (See Order, Sept. 24, 2009, Dkt. No. 68; Order, Nov. 12, 2009, at 2 & n.1, Dkt. No. 89; Order, Feb. 1, 2011, Dkt. No. 221; Findings & Recommendations, Apr. 15, 2011, Dkt. No. 281, <u>adopted by</u> Order, July 1, 2011, Dkt. No. 295.)

1

recommendations filed by the undersigned (Dkt. No. 306, 311).³  If the district judge rejects all or part of the undersigned's pending findings and recommendations, the court will amend the chart as appropriate.⁴

| **Defendant(s)** | **Claim for Relief** | **Relevant Plaintiff(s)** | **Relevant Order(s) or Findings and Recommendations** |
|---|---|---|---|
| **Valerie Logsdon** | 1. Civil Battery (Claim 9) | 1. Christy Winters | Order, Sept. 14, 2010, Dkt. No. 178 |
| **Virginia Armstrong** | 1. Civil Battery (Claim 9)<br><br>2. Breach of Contract (Claim 22) | 1. Christy Winters<br><br>2. All Plaintiffs | Order, Sept. 14, 2010, Dkt. No. 180 |
| **Dewey Harpainter** | 1. Trespass on land (Claim 12) | 1. Cacey Winters; and Jennifer Winters | Order, May 10, 2011, Dkt. No. 287 |
| **Adult Protective Services (Nevada County); Kelly Carpenter; and Tamaran Cook** | 1. Equal Protection Violation (Claim 7) | 1. Susan Winters | Order, May 10, 2011, Dkt. No. 288 |
| **Micah Arbaugh** | 1. Fourth Amendment Violation (Claim 4), to the extent premised on 42 | 1. All Plaintiffs | Findings and Recommendations, Nov. 11, 2011, Dkt. No. 306. |

---

³ The findings and recommendations filed on February 2, 2012, recommend that all of plaintiffs' claims be dismissed with prejudice as to defendant David Silber. Accordingly, Silber's name does not presently appear in the chart.

Moreover, assuming that the district judge adopts the findings and recommendations filed on November 11, 2011, in full, it appears that no claims would remain against defendants Richard Kimball and Susan McGuire. However, a specific recommendation that those defendants be dismissed from the action was not contained in the findings and recommendations. The lack of claims against those defendants is denoted by three asterisks in the chart.

⁴ Additionally, to the extent that these charts conflict with an order resolving a defendant's motion to dismiss, the order on the particular motion to dismiss controls.

| Defendant(s) | Claim for Relief | Relevant Plaintiff(s) | Relevant Order(s) or Findings and Recommendations |
|---|---|---|---|
| | U.S.C. § 1983, and not a Bivens claim. | | |
| | 2. Civil Battery (Claim 9) | 2. Susan Winters | |
| | 3. Trespass on Land (Claim 12) | 3. All Plaintiffs | |
| | 4. "Excessive Force" (Claim 20) | 4. All Plaintiffs | |
| | 5. Invasion of Privacy (Claim 25) | 5. All Plaintiffs | |
| **Robert Bringolf** | 1. "Unlawful Detention" (Claim 1) | 1. All Plaintiffs | Same as above, Dkt. No. 306 |
| | 2. "False Arrest" (Claim 2) | 2. All Plaintiffs | |
| | 3. Fourth Amendment Violation (Claim 4), to the extent premised on 42 U.S.C. § 1983, and not a Bivens claim. | 3. All Plaintiffs | |
| | 4. Abuse of Process (Claim 6) | 4. All Plaintiffs | |
| | 5. "Excessive Force" (Claim 20) | 5. All Plaintiffs | |
| | 6. Fifth Amendment Violation (Claim 24) | 6. All Plaintiffs | |
| | 7. Sixth Amendment Violation (Claim 30) | 7. All Plaintiffs | |
| **Nathan Hutson** | 1. "Unlawful Detention" (Claim 1) | 1. All Plaintiffs | Same as above, Dkt. No. 306 |
| | 2. "False Arrest" | 2. All Plaintiffs | |

| Defendant(s) | Claim for Relief | Relevant Plaintiff(s) | Relevant Order(s) or Findings and Recommendations |
|---|---|---|---|
| | (Claim 2) | | |
| | 3. Fourth Amendment Violation (Claim 4), to the extent premised on 42 U.S.C. § 1983, and not a Bivens claim. | 3. All Plaintiffs | |
| | 4. Fifth Amendment Violation (Claim 24) | 4. All Plaintiffs | |
| | 5. Sixth Amendment Violation (Claim 30) | 5. All Plaintiffs | |
| **Jason Jones** | 1. Abuse of Process (Claim 6) | 1. All Plaintiffs | Same as above, Dkt. No. 306 |
| **Richard Kimball** | * * * | | Same as above, Dkt. No. 306 |
| **Jesse King** | 1. Fourth Amendment Violation (Claim 4), to the extent premised on 42 U.S.C. § 1983, and not a Bivens claim. | 1. All Plaintiffs | Same as above, Dkt. No. 306 |
| | 2. Trespass on Land (Claim 12) | 2. All Plaintiffs | |
| | 3. Invasion of Privacy (Claim 25) | 3. All Plaintiffs | |
| **Theresa Kingsbury** | 1. "False Arrest" (Claim 2) | 1. All Plaintiffs | Same as above, Dkt. No. 306 |
| | 2. False Imprisonment (Claim 3) | 2. All Plaintiffs | |

| Defendant(s) | Claim for Relief | Relevant Plaintiff(s) | Relevant Order(s) or Findings and Recommendations |
|---|---|---|---|
| | 3. Fourth Amendment Violation (Claim 4), to the extent premised on 42 U.S.C. § 1983, and not a Bivens claim. | 3. All Plaintiffs | |
| | 4. "Personal Injury," i.e., Civil Battery (Claim 5) | 4. Cacey Winters | |
| | 5. Civil Battery (Claim 9) | 5. Cacey Winters | |
| | 6. "Excessive Force" (Claim 20) | 6. All Plaintiffs | |
| | 7. Fifth Amendment Violation (Claim 24) | 7. All Plaintiffs | |
| | 8. Sixth Amendment Violation (Claim 30) | 8. All Plaintiffs | |
| **Elaine LaCroix** | 1. Equal Protection Violation (Claim 7) | 1. All Plaintiffs | Same as above, Dkt. No. 306 |
| | 2. Invasion of Privacy (Claim 25) | 2. All Plaintiffs | |
| **Dominic La Fountain** | 1. "Unlawful Detention" (Claim 1) | 1. All Plaintiffs | Same as above, Dkt. No. 306 |
| | 2. "False Arrest" (Claim 2) | 2. All Plaintiffs | |
| | 3. False Imprisonment (Claim 3) | 3. All Plaintiffs | |
| | 4. Fourth Amendment Violation (Claim 4), to the extent premised on 42 | 4. All Plaintiffs | |

| Defendant(s) | Claim for Relief | Relevant Plaintiff(s) | Relevant Order(s) or Findings and Recommendations |
|---|---|---|---|
| | U.S.C. § 1983, and not a Bivens claim. | | |
| | 5. "Personal Injury," i.e., Civil Battery (Claim 5) | 5. Susan Winters | |
| | 6. Abuse of Process (Claim 6) | 6. All Plaintiffs | |
| | 7. "Excessive Force" (Claim 20) | 7. All Plaintiffs | |
| | 8. Fifth Amendment Violation (Claim 24) | 8. All Plaintiffs | |
| | 9. Sixth Amendment Violation (Claim 30) | 9. All Plaintiffs | |
| **Jeff Martin** | 1. Fourth Amendment Violation (Claim 4), to the extent premised on 42 U.S.C. § 1983, and not a Bivens claim. | 1. All Plaintiffs | Same as above, Dkt. No. 306 |
| | 2. Trespass on Land (Claim 12) | 2. All Plaintiffs | |
| | 3. Invasion of Privacy (Claim 25) | 3. All Plaintiffs | |
| **Joe McCormack** | 1. "False Arrest" (Claim 2) | 1. All Plaintiffs | Same as above, Dkt. No. 306 |
| | 2. False Imprisonment (Claim 3) | 2. All Plaintiffs | |
| | 3. Fourth Amendment Violation (Claim 4), to the extent premised on 42 | 3. All Plaintiffs | |

6

| Defendant(s) | Claim for Relief | Relevant Plaintiff(s) | Relevant Order(s) or Findings and Recommendations |
|---|---|---|---|
| | U.S.C. § 1983, and not a Bivens claim. | | |
| | 4. "Personal Injury," i.e., Civil Battery (Claim 5) | 4. Cacey Winters | |
| | 5. Civil Battery (Claim 9) | 5. Cacey Winters | |
| | 6. "Excessive Force" (Claim 20) | 6. All Plaintiffs | |
| | 7. Fifth Amendment Violation (Claim 24) | 7. All Plaintiffs | |
| | 8. Sixth Amendment Violation (Claim 30) | 8. All Plaintiffs | |
| **Susan McGuire** | * * * | | Same as above, Dkt. No. 306 |
| **Alicia Milhous** | 1. "Unlawful Detention" (Claim 1) | 1. All Plaintiffs | Same as above, Dkt. No. 306 |
| | 2. "False Arrest" (Claim 2) | 2. All Plaintiffs | |
| | 3. Fourth Amendment Violation (Claim 4), to the extent premised on 42 U.S.C. § 1983, and not a Bivens claim. | 3. All Plaintiffs | |
| | 4. "Excessive Force" (Claim 20) | 4. All Plaintiffs | |
| | 5. Fifth Amendment Violation (Claim 24) | 5. All Plaintiffs | |
| | 6. Sixth Amendment Violation (Claim 30) | 6. All Plaintiffs | |

| Defendant(s) | Claim for Relief | Relevant Plaintiff(s) | Relevant Order(s) or Findings and Recommendations |
|---|---|---|---|
| **Clifford Newell** | 1. Abuse of Process (Claim 6) | 1. All Plaintiffs | Same as above, Dkt. No. 306 |
| **Charles O'Rourke** | 1. Abuse of Process (Claim 6) | 1. All Plaintiffs | Same as above, Dkt. No. 306 |
| **Keith Royal** | 1. Claim pursuant to 42 U.S.C. § 1983 (Claim 19)<br><br>2. "Respondeat Superior" liability (Claim 32), to the extent it is premised on plaintiffs' common law tort claims | 1. All Plaintiffs<br><br><br><br>2. Plaintiffs whose common law tort claims proceed against relevant defendants | Same as above, Dkt. No. 306 |
| **Dennis Salisbury** | 1. Fourth Amendment Violation (Claim 4), to the extent premised on 42 U.S.C. § 1983, and not a <u>Bivens</u> claim.<br><br>2. Trespass on Land (Claim 12)<br><br>3. Invasion of Privacy (Claim 25) | 1. All Plaintiffs<br><br><br><br><br><br>2. All Plaintiffs<br><br>3. All Plaintiffs | Same as above, Dkt. No. 306 |
| **Daniel Saunders** | 1. Fourth Amendment Violation (Claim 4), to the extent premised on 42 U.S.C. § 1983, and not a <u>Bivens</u> claim.<br><br>2. Trespass on Land (Claim 12)<br><br>3. Invasion of | 1. All Plaintiffs<br><br><br><br><br><br>2. All Plaintiffs<br><br>3. All Plaintiffs | |

| Defendant(s) | Claim for Relief | Relevant Plaintiff(s) | Relevant Order(s) or Findings and Recommendations |
|---|---|---|---|
| | Privacy (Claim 25) | Same as above, Dkt. No. 306 | |
| **Guy Selleck** | 1. Abuse of Process (Claim 6) | 1. All Plaintiffs | Same as above, Dkt. No. 306 |
| **Chris Sharp** | 1. Fourth Amendment Violation (Claim 4), to the extent premised on 42 U.S.C. § 1983, and not a Bivens claim. | 1. All Plaintiffs | Same as above, Dkt. No. 306 |
| | 2. Civil Battery (Claim 9) | 2. Susan Winters, Cacey Winters, and Christy Winters | |
| | 3. Civil Assault (Claim 10) | 3. Susan Winters, Cacey Winters, and Christy Winters | |
| | 4. Trespass on Land (Claim 12) | 4. All Plaintiffs | |
| | 5. "Excessive Force" (Claim 20) | 5. All Plaintiffs | |
| | 6. Invasion of Privacy (Claim 25) | 6. All Plaintiffs | |
| **Matt Steen** | 1. "Unlawful Detention" (Claim 1) | 1. All Plaintiffs | Same as above, Dkt. No. 306 |
| | 2. "False Arrest" (Claim 2) | 2. All Plaintiffs | |
| | 3. Fourth Amendment Violation (Claim 4), to the extent premised on 42 U.S.C. § 1983, and not a Bivens claim. | 3. All Plaintiffs | |

| Defendant(s) | Claim for Relief | Relevant Plaintiff(s) | Relevant Order(s) or Findings and Recommendations |
|---|---|---|---|
|  | 4. "Excessive Force" (Claim 20) | 4. All Plaintiffs |  |
|  | 5. Fifth Amendment Violation (Claim 24) | 5. All Plaintiffs |  |
|  | 6. Sixth Amendment Violation (Claim 30) | 6. All Plaintiffs |  |
| **Zsa Zsa Wied** | 1. "False Arrest" (Claim 2) | 1. All Plaintiffs | Same as above, Dkt. No. 306 |
|  | 2. False Imprisonment (Claim 3) | 2. All Plaintiffs |  |
|  | 3. Fourth Amendment Violation (Claim 4), to the extent premised on 42 U.S.C. § 1983, and not a Bivens claim. | 3. All Plaintiffs |  |
|  | 4. "Personal Injury," i.e., Civil Battery (Claim 5) | 4. Cacey Winters |  |
|  | 5. Civil Battery (Claim 9) | 5. Cacey Winters |  |
|  | 6. "Excessive Force" (Claim 20) | 6. All Plaintiffs |  |
|  | 7. Fifth Amendment Violation (Claim 24) | 7. All Plaintiffs |  |
|  | 8. Sixth Amendment Violation (Claim 30) | 8. All Plaintiffs |  |
| **Delores Jordan** | 1. Equal Protection Violation (Claim 7) | 1. Susan Winters | Findings and Recommendations, Feb. 2, 2012, Dkt. No. 311. |
|  | 2. Civil Battery (Claim 9) | 2. Susan Winters; Cacey Winters; |  |

| Defendant(s) | Claim for Relief | Relevant Plaintiff(s) | Relevant Order(s) or Findings and Recommendations |
|---|---|---|---|
| | | Christy Winters; and Jennifer Winters | |
| | 3.  Civil Assault (Claim 10) | 3.  Susan Winters; Cacey Winters; Christy Winters; and Jennifer Winters | |
| | 4.  Trespass on land (Claim 12) | 4.  All Plaintiffs | |
| | 5.  Invasion of Privacy, only to the extent that it concerns alleged intrusions on May 26, 2008, and June 2, 2008 | 5.  All Plaintiffs | |

\* \* \*

Based on the foregoing, IT IS HEREBY ORDERED that:

1. A Status (Pretrial Scheduling) Conference shall be held on March 15, 2012, at 10:00 a.m., in Courtroom No. 25.

2. All parties or their respective counsel shall appear either in person or by telephone. If any party wishes to appear by telephone, he or she shall contact the undersigned's Courtroom Deputy, at (916) 930-4187, at least seven days prior to the scheduling conference to discuss the manner in which appearances by telephone proceed.

3. The parties shall file a status report, or a joint status report if possible, on or before March 1, 2012. The status report or reports shall address the topics identified in paragraph 5 of the court's Scheduling Order (Dkt. No. 3), Local Rule 240(a), and Federal Rule of Civil Procedure 16(c)(2).

4. To the extent that any appearing defendants against whom claims remain

have not filed answers to the Third Amended Complaint, they shall do so <u>no later than February 17, 2012</u>. The defendants who are the subject of the pending findings and recommendations (Dkt. Nos. 306, 311), and defendants Adult Protective Services, Kelly Carpenter, and Tamaran Cook, shall file answers to the Third Amended Complaint within 14 days of the resolution of those pending findings and recommendations.[5]

   IT IS SO ORDERED.

DATED: February 3, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[5] In regards to defendants Adult Protective Services, Kelly Carpenter, and Tamaran Cook, this order supersedes the Minute Order entered on May 10, 2011 (Dkt. No. 289), insofar as the deadline for the filing of those defendants' answer or answers is concerned.

12