IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENT ALLAN WINTERS, et al.,

       Plaintiffs,              No. 2:09-cv-00522 JAM KJN PS

    v.

DELORES JORDAN, et al.,

       Defendant.          ORDER

_____/

On March 16, 2012, the court ordered attorney and former defendant David S. Silber to show cause why he should not be sanctioned at least $500 for his numerous failures to comply with the court's orders and diligently represent his clients' interests in this litigation.[1] (See Order to Show Cause ("OSC"), Dkt. No. 329.)  Mr. Silber's failures are recounted in detail in the OSC and are not repeated here.  Mr. Silber filed a timely, thorough, and contrite response to the OSC, which takes the form of a declaration signed under penalty of perjury.  (Silber Decl., Dkt. No. 332.)

In light of Mr. Silber's repeated failures, but also in light of his contrition, the undersigned finds it appropriate to impose monetary sanctions on Mr. Silber in the amount of

---

[1]  This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

$250, payable to the court.  Mr. Silber agrees that this is an appropriate sanction for his conduct. (See Silber Decl. ¶ 18.)  The undersigned hopes that these sanctions will compel Mr. Silber to take steps, as promised in his declaration, to better manage his clients' interests in this litigation and to meet his obligations to the court.

Accordingly, IT IS HEREBY ORDERED that attorney David S. Silber is sanctioned in amount of $250, payable to the Clerk of this court within 30 days of the date of this order.

IT IS SO ORDERED.

DATED:  March 26, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE