1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BRENT WINTERS, et al.,                        No.  2:09-cv-522-JAM-KJN PS

12                    Plaintiffs,

13        v.                                         ORDER

14    DELORES JORDAN, et al.,

15                    Defendants.

16

17          On September 6, 2013, the court issued an order requiring plaintiffs to each pay $100 in

18    monetary sanctions within seven (7) days based on their failure to substantially comply with the

19    court's prior August 9, 2013 order and Local Rule 251.  (ECF No. 377.)  Plaintiffs were also

20    ordered to personally appear at the September 19, 2013 hearing at 10:00 a.m. in Courtroom No.

21    25 before the undersigned.  (Id.)

22          Thereafter, plaintiffs filed a "notice of compliance" and "joint statement,"[1] which contains

23    some discussion as to plaintiffs' position with respect to the underlying discovery dispute, and

24    which the court also construes as a request for reconsideration of the court's September 6, 2013

25    order.  (ECF No. 379.)

26          For purposes of clarity, plaintiffs are hereby notified that all provisions of the court's prior

27    _____

      [1] Although plaintiffs' "joint statement" was filed jointly by all plaintiffs, defendant Nevada
28    County did not join in that statement.

                                                    1

1   September 6, 2013 order remain in effect, including the requirement that *all plaintiffs personally*

2   *appear at the September 19, 2013 hearing*, and plaintiffs are expected to fully comply with all

3   provisions of that order.  At the September 19, 2013 hearing, the court will further discuss

4   plaintiffs' "notice of compliance" and "joint statement" with plaintiffs, and determine how their

5   arguments should be considered and addressed.

6           Accordingly, IT IS HEREBY ORDERED that:

7       1.  For purposes of clarity, <u>all provisions</u> of the court's September 6, 2013 order remain in

8           full effect.

9       2.  Failure to timely pay the monetary sanctions imposed by the September 6, 2013 order

10          and/or failure to appear in person at the September 19, 2013 hearing by any plaintiff(s)

11          will result in a recommendation that all claims of that plaintiff(s) in this action be

12          dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

13      IT IS SO ORDERED.

14      Dated:  September 13, 2013

15
16                                          _____
        KENDALL J. NEWMAN
        UNITED STATES MAGISTRATE JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

2