UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT WINTERS, et al., | No. 2:09-cv-0522-JAM-KJN PS |
| Plaintiffs, | |
| v. | ORDER |
| DELORES JORDAN, et al., | |
| Defendants. | |

On September 23, 2013, the court continued the September 19, 2013 hearing on Nevada County's motions to compel, at which plaintiffs failed to appear, to Thursday October 24, 2013, at 10:00 a.m., in Courtroom No. 25.  (ECF No. 385.)  The court also set a discovery conference in the case for that same date and time, ordering all plaintiffs and all remaining defendants (or counsel for those defendants) to personally appear on October 24, 2013, with no telephonic appearances permitted.  (Id.)  For purposes of the discovery conference, all parties and counsel were ordered to have their calendars readily available for scheduling.  (Id.)

Thereafter, on October 7, 2013, plaintiffs filed objections to the court's September 23, 2013 order, the court's prior imposition of monetary sanctions, and the court's order requiring plaintiffs to personally appear at the October 24, 2013 hearing.  (ECF No. 386.)  The court has carefully reviewed plaintiffs' objections and attached declarations.   For the reasons discussed in the court's prior September 23, 2013 order, the court overrules plaintiffs' objections and by this

1

order confirms the October 24, 2013 hearing and discovery conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' objections (ECF No. 386) are OVERRULED.

2. All provisions of the court's September 23, 2013 order (ECF No. 385) remain in full effect.

3. The Thursday October 24, 2013 hearing and discovery conference, set to take place at 10:00 a.m. in Courtroom No. 25 before the undersigned is CONFIRMED.  <u>All plaintiffs</u> and <u>all remaining defendants (or counsel for those defendants)</u> shall *personally appear* at the hearing and conference, and no telephonic appearances will be permitted by any party.

IT IS SO ORDERED.

Dated:  October 9, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE